**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1717**

TERRY A. HARRIS,

              Plaintiff - Appellant,

        v.

CHARLOTTE MECKLENBURG SCHOOLS; CHARLOTTE MECKLENBURG SCHOOLS
POLICE DEPARTMENT; CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:11-cv-00516-FDW-DSC)

Submitted:  October 9, 2013          Decided:  October 21, 2013

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry A. Harris, Appellant Pro Se.  Terry LaMonte Wallace,
CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, Charlotte, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry A. Harris appeals the district court's orders dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Charlotte Mecklenburg Sch., No. 3:11-cv-00516-FDW-DSC (W.D.N.C. July 2, 2012; Jan. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2